HELEN LEVY, APPELLANT, v. CROSSTOWN BUILDING AND
LOAN ASSOCIATION, RESPONDENT.

Argued May 26, 1931—Decided February 1, 1932.

For the appellant, *Bilder & Bilder.*

For the respondent, *Stein, McGlynn & Hannoch.*

PER CURIAM.

The judgment herein is affirmed, by an an equally divided
court.

*For affirmance*—THE CHIEF JUSTICE, DONGES, VAN BUS-
KIRK, KAYS, HETFIELD, DEAR, WELLS, JJ.  7.

*For reversal*—TRENCHARD, PARKER, CAMPBELL, LLOYD,
CASE, BODINE, DALY, JJ.  7.